**APPLERA CORPORATION, MDS, Inc., and Applied Biosystems/Mds Sciex, Plaintiffs–Appellees,**

v.

**MICROMASS UK LTD. and Micromass Inc., Defendants–Appellants.**

No. 02–1434, 02–1459.

United States Court of Appeals, Federal Circuit.

March 11, 2003.

Before SCHALL, GAJARSA, and PROST, Circuit Judges.

*ORDER*

PER CURIAM.

The judgment of the United States District Court for the District of Delaware, dated May 30, 2002, holding Micromass UK Ltd. and Micromass Inc. liable for infringement of U.S. Patent No. 4,963,736, is affirmed on the basis of that court's opinion dated February 5, 2002, *see Applera Corp. v. Micromass UK Ltd.,* 186 F.Supp.2d 487 (D.Del.2002), and opinion dated May 23, 2002, *see Applera Corp. v. Micromass UK Ltd.,* 204 F.Supp.2d 724 (D.Del.2002).